## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

IN RE:

    WALTER K DANSINGBURG
    LORI A DANSINGBURG

                    Debtors

CASE NO: 08-31674

      (Chapter 13)

JUDGE LAWRENCE S. WALTER

---

## REPORT OF UNCLAIMED FUNDS

---

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083103**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 27 | INCENTA FEDERAL CREDIT UNION<br>2300 S E C MOSES<br>STE 110<br>DAYTON, OH  45408 | 7.88 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/13/2011

Certificate of Service                    08-31674

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

WALTER K DANSINGBURG
LORI A DANSINGBURG
1835 BISCAYNE
SPRINGFIELD, OH 45503

JOHN C A JUERGENS
1504 N LIMESTONE ST
SPRINGFIELD, OH 45503

(38.1n)
BENEFICIAL OHIO INC
961 WEIGEL DR
ELMHURST, IL 60126

(27.1)
INCENTA FEDERAL CREDIT UNION
2300 S E C MOSES
STE 110
DAYTON, OH 45408

(42.1n)
JOHN JANSING
124 E THIRD ST
SUITE 300
DAYTON, OH 45402

(44.1n)
MARY E KRASOVIC
MANLEY DEAS KOCHALSKI LLC
BOX 165208
COLUMBUS, OH 43216

(37.1n)
STEVEN H PATTERSON
FOR WELLS FARGO BANK
BOX 5480
CINCINNATI, OH 45201

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    sv

0831674_42_20110613_0843_278/T317_sv
###